[No. 18692-0-III. Division Three. February 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA KAY
ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for
Klickitat County, No. 98-1-00093-9, E. Thompson Reynolds,
J., entered August 2, 1999. *Affirmed* by unpublished opinion
per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 18987-2-III. Division Three. February 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD P. DOMKE,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 99-1-00859-7, Salvatore F. Cozza, J.,
entered December 20, 1999. *Affirmed* by unpublished opin-
ion per Sweeney, J., concurred in by Brown, A.C.J., and
Schultheis, J.

[No. 19548-1-III. Division Three. February 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ALBERT
ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 00-1-00046-7, Rebecca M. Baker, J.,
entered August 24, 2000. *Reversed* by unpublished opinion
per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19551-1-III. Division Three. February 5, 2002.]

HANK J. CHIAPPETTA, *Appellant*, v. FRANKLIN BAHR, ET AL.,
*Defendants*, THE CITY OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 95-2-06377-7, Kathleen M. O'Connor, J.,
entered August 8, 2000. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Brown, A.C.J., and Kato,
J. Now published at 111 Wn. App. 536.